UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CORTNEY DEJOHN FLEMMING, AB9196,<br><br>Plaintiff,<br><br>v.<br><br>J. TUGGLE, Warden, et al.,<br><br>Defendant(s). | Case No. 25-cv-03249-CRB  (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a prisoner at Wasco State Prison (WSP), has filed a pro se complaint under 42 U.S.C. § 1983 claiming violations of his federal rights while at Folsom State Prison (FSP).  A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of Sacramento, which lies within the venue of the Eastern District of California.  See 28 U.S.C. § 84(b).  Venue for this action therefore properly lies in the Eastern District.  See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: April 18, 2025

_____
CHARLES R. BREYER
United States District Judge